Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTIN ISIAS, et. al.<br><br>        Defendant | Case No.: CR.S. 04-305 DFL<br><br>**REQUEST TO PHONE MEXICO AND ATTACHED ORDER** |

MARTIN ISIAS hereby requests that he be able to phone his family in Mexico from the Sacramento County Jail at his own expense. Mr. Isias has a baby daughter that he has not seen since her birth, named Mariam Isias. He has been incarcerated since August 2, 2004 and he has only been able to speak with his family once. The jail will allow Mr. Isias to phone his home in Mexico with an international calling card, if the Court so orders.

Martin Isias, CX No. 4054929, located at 4 East, Pod 107A, hereby requests this Court order the Sacramento County jail to grant him access to a telephone on which he can place a call to the home of his wife in Zulema Loya in Tijuana, Mexico, at 011-52-664-127-9032 and that he be allowed to speak with his family

members there for at least twenty minutes or for such longer time as the Sheriff may allow. This request is contingent upon the defendant's use of an international calling card so that no costs are incurred by the Sacramento County Jail. The government is not opposed to this request.

DATE: November 8, 2005            Respectfully submitted,


                                  /s/ Shari Rusk
                                  Attorney at Law
                                  For Defendant Martin Isias


### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Sheriff of Sacramento County, or its agent or employee, consistent with security procedures, allow defendant MARTIN ISIAS to place a phone call to his family in Mexico with an international telephone calling card so that there will be no long distance costs to the County of Sacramento.

DATE: 11/10/2005

                                  Hon. David F. Levi
                                  United States District Judge