```
Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway
Suite 111
Sacramento, CA 95818
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.: Cr. S. 04-305 DFL |
| Plaintiff, ) | |
| vs. ) | REQUEST TO PHONE MEXICO AND ATTACHED ORDER |
| MARTIN ISIAS, et. al., ) | |
| Defendants. ) | |

    Martin Isias hereby requests that he be able to phone his family in Mexico from the Sacramento County Jail at his own expense. Mr. Isias has an eighteen month old baby girl named Mariam Isias. She has experienced some health problems while he has been incarcerated. He has been incarcerated since August 2, 2004 and has only been permitted two phone calls to his family. The jail will allow Mr. Isias to phone his home in Mexico with an international calling card, if the Court so orders.

    Martin Isias, CX No. 4054929 located at 4 East, Pod 107A, hereby requests this Court order the Sacramento County jail to grant him access to a telephone on which he can place a calls to the home of his wife in Zulema Loya in Tijuana, Mexico, at 011-52-664-127-9032 and that he be allowed to speak with his family members there for as long as the Sheriff will allow. This

request is contingent upon the defendant's use of an international calling card, any time he places a call, so that no costs are incurred by the Sacramento County Jail. The government has no objection to this request.

Dated: March 14, 2006    Respectfully submitted,

                              _/s/Shari Rusk_____
                              Shari Rusk
                              Attorney for Defendant
                              MARTIN ISIAS

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Sheriff of Sacramento County, or its agent or employee, consistent with security procedures, allow defendant MARTIN ISIAS to place phone callS to his family in Mexico with an international telephone calling card so that there will be no long distance costs to the County of Sacramento.

DATE: 3/23/2006

_____
DAVID F. LEVI
Chief United States District Judge