Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway                              **OK/HAV**
Suite 111
Sacramento, CA 95818

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr. S. 04-305 DFL |
| Plaintiff, | ) |
| | ) Date: June 7, 2007 |
| vs. | ) Time: 10:00 a.m. |
| | ) Court: Hon. David F. Levi |
| Martin Isias, et. al., | ) |
| | ) Stipulation & Order to Continue |
| Defendant. | ) Judgment & Sentencing |
| | ) |

   On February 9, 2007 Martin Isias pled guilty to Count Two of a 21 count third superseding indictment.  Martin Isias is currently scheduled to be sentenced on May 3, 2007.  There are several sentencing issues which will require the defense to present documentation to the probation office.

   Therefore Mr. Isias requests that his judgment and sentencing be continued to June 7, 2007 if that date is available with the Court.  The government and the probation office have no objection to this request.  The parties request the following schedule:

    Informal Objections   -  May 10, 2007

    Final Report          -  May 17, 2007

    Sentencing Memorandum -  May 24, 2007

    Reply or Opposition   -  May 31, 2007

    Judgment & Sentencing -  June 7, 2007

Dated: April 16, 2007     Respectfully submitted,

                                        __/s/ Shari Rusk_____
                                        Shari Rusk
                                        Attorney for Defendant
                                        Martin Isias

                                        /s/ Phil Ferrari_____
Dated: April 16, 2007     Phil Ferrari
                                        Assistant United States Attorney

## **ORDER**

It is so ordered.  The judgment and sentencing in this matter will be calendared for June 7, 2007.

Dated:   April 20, 2007
                                        /s/ David F. Levi_____
                                        Hon. David F. Levi
                                        United States District Court Judge