Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway                              **OK/HAV**
Suite 111
Sacramento, CA 95818

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: Cr. S. 04-305 DFL |
|---|---|
| Plaintiff, | ) |
|  | ) Date: August 7, 2007 |
| vs. | ) Time: 9:00 a.m. |
|  | ) Court: Hon. D. Lowell Jensen |
| Martin Isias, et. al., | ) |
|  | ) Stipulation & Order to Continue |
| Defendant. | ) Judgment & Sentencing |
|  | ) |

    On February 9, 2007 Martin Isias pled guilty to Count Two of a 21 count third superseding indictment.  Martin Isias is currently scheduled to be sentenced on June 7, 2007.  There are several sentencing issues which will require the defense to present documentation to the probation office.  Defense investigator, Robert Storey, has now interviewed relevant defense witnesses and obtained transcripts necessary for sentencing.  Mr. Isias is in the process of submitting informal objections to probation based on this information.

    Therefore Mr. Isias requests that his judgment and sentencing be continued to August 6, 2007 at 9:00 a.m. if that date is available with the Court.  The government and the probation office have no objection to this request.  The parties request the following schedule:

    Informal Objections   -  July 12, 2007

```
Final Report           -  July 19, 2007
Sentencing Memorandum  -  July 26, 2007
Opposition             -  August 2, 2007
Judgment & Sentencing  -  August 6, 2007 at 9:00 a.m.
```

Dated: May 22, 2007        Respectfully submitted,

                                               __/s/ Shari Rusk_____
                                               Shari Rusk
                                               Attorney for Defendant
                                               Martin Isias


                                             /s/ Phil Ferrari_____
Dated: May 22, 2007          Phil Ferrari
                                             Assistant United States Attorney

**ORDER**

It is so ordered.  The judgment and sentencing in this matter will be calendared for August 6, 2007 at 9:00 a.m. before the Hon. D. Lowell Jensen.

Dated:    May 30, 2007
                                     /s/ David F. Levi_____
                                     Hon. David F. Levi
                                     United States District Court Judge