Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway
Suite 111
Sacramento, CA 95818

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr. S. 04-305 DFL |
| Plaintiff, | ) |
| vs. | ) Date: October 23, 2007 |
| | ) Time: 10:00 a.m. |
| | ) Court: Hon. D. Lowell Jenson |
| Martin Isias, et. al., | ) |
| | ) Stipulation & Order to Continue |
| Defendant. | ) Judgment & Sentencing |

On February 9, 2007 Martin Isias pled guilty to Count Two of a 21 count third superseding indictment. Martin Isias is currently scheduled to be sentenced on August 7, 2007. There are several sentencing issues which will require the defense to present documentation to the probation office. Defense investigator, Robert Storey, has now interviewed relevant defense witnesses and obtained transcripts necessary for sentencing. Mr. Isias is in the process of submitting informal objections to probation based on this information. Mr. Isias will request an evidentiary hearing on disputed issues effecting sentencing.

Therefore Mr. Isias requests that his judgment and sentencing be continued to October 23, 2007 if that date is available with the Court. The government and the probation

- 1

office have no objection to this request.  The parties request the following schedule:

```
     Informal Objections    - September 20, 2007
     Final Report           - September 27, 2007
     Sentencing Memorandum  - October 11, 2007
     Opposition             - October 18, 2007
     Judgment & Sentencing  - October 23, 2007 at 10:00 a.m.
```

Dated: July 30, 2007     Respectfully submitted,


                                   __/s/ Shari Rusk_____
                                   Shari Rusk
                                   Attorney for Defendant
                                   Martin Isias


                                   /s/ Phil Ferrari_____
 Dated: July 30, 2007              Phil Ferrari
                                    Assistant United States Attorney


**ORDER**

     It is so ordered.  The judgment and sentencing in this matter will be calendared for October 23, 2007 at 10:00 a.m.


Dated: July 31, 2007
                                   /s/ D. Lowell Jensen_____
                                   Hon. Judge D. Lowell Jenson
                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com