Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway
Suite 111
Sacramento, CA 95818

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      vs.<br><br>Martin Isias, et. al.,<br><br>            Defendant. | ) Case No.: Cr. S. 04-305 DFL<br>)<br>)<br>) Date: January 29, 2008<br>) Time: 10:00 a.m.<br>) Court: Hon. D. Lowell Jensen<br>)<br>) Stipulation & Order to Continue<br>) Judgment & Sentencing<br>) |

     Defendant Martin Isias is scheduled to be sentenced on November 20, 2007.  The government filed a memorandum on November 14, 2007 which raises many disputed points.  It is the defendant's intention, through undersigned counsel, to attempt to meet with the government prior to sentencing to see if certain issues may be resolved by the parties, prior to presentation to the Court.  Mr. Isias requests that his judgment and sentencing be continued to January 29, 2008, if that date is available with the Court.  The government is not opposed to this request.


Dated: November 16, 2007      Respectfully submitted,



                              ___/s/ Shari Rusk_____
                              Shari Rusk
                              Attorney for Defendant
                              Martin Isias

Dated: November 16, 2007

/s/ Phil Ferrari_____
Phil Ferrari
Assistant United States Attorney

—

## ORDER

It is so ordered.  The judgment and sentencing in this matter will be rescheduled for January 29, 2008.

Dated:  November 21, 2007

Hon. Judge D. Lowell Jensen
United States District Court Judge