Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway
Suite 111
Sacramento, CA 95818

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  vs.<br><br>Martin Isias, et. al.,<br><br>      Defendant. | Case No.: Cr. S. 04-305 DFL<br><br>Date: February 26, 2008<br>Time: 10:00 a.m.<br>Court: Hon. D. Lowell Jensen<br><br>Stipulation & Order to Continue<br>Judgment & Sentencing |

    Defendant Martin Isias is scheduled to be sentenced on January 29, 2008. The government filed a written response to defendant's Sentencing Memorandum which raises many disputed points. It is the defendant's intention, through undersigned counsel, to attempt to meet with the government prior to sentencing to see if certain issues may be resolved by the parties, prior to presentation to the Court. Mr. Isias requests that his judgment and sentencing be continued to February 26, 2008, and that date is available with the Court. The government is not opposed to this request.

Dated: January 24, 2008      Respectfully submitted,


                                            __/s/ Shari Rusk_____
                                            Shari Rusk
                                            Attorney for Defendant
                                            Martin Isias

- 1

Dated: January 24, 2008
/s/ Phil Ferrari
Phil Ferrari
Assistant United States Attorney

**ORDER**

It is so ordered.  The judgment and sentencing in this matter will be rescheduled for February 26, 2008.

Dated: January 25, 2008
Hon. Judge D. Lowell Jensen
United States District Court Judge