SHARI RUSK, Bar # 170313
Attorney At Law
1710 Broadway #111
Sacramento, CA 95818
Telephone:  (916) 804-8656
Rusklaw@comcast.net

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorneys for Defendant
MARTIN ISIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR-S 04-305-DLJ |
| )  Plaintiff,                ) | SEALING ORDER |
| )  v.                        ) | Date:  April 8, 2008 |
| MARTIN ISIAS,                ) | Time: 10:00 a.m. |
| )  Defendant.                ) | Hon. D. Lowell Jensen |
| _____      ) | |

For good cause shown, the defendant's Sentencing Memorandum submitted on April 2, 2008, is the above-referenced case is hereby ordered sealed until further order of the Court.

IT IS SO ORDERED.

Dated: April 3, 2008

_____
Honorable D. Lowell Jensen
United States District Judge